```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 15543
    PAMELA ROBINSON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-2243


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/28/06 and confirmed on 02/08/07.

    2.  The case was dismissed after confirmation, 10/05/2007.

    3.  The Debtor paid a total of $    5390.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
HSBC                       CURRENT MORTG          .00           .00           .00
HSBC                       MORTGAGE ARRE          .00           .00           .00
WILL COUNTY TREASURER      SECURED           7000.00           .00       3149.98
PORTFOLIO RECOVERY ASSOC   UNSECURED          602.59           .00           .00
TRI STATE ADJUSTMENTS      UNSECURED        NOT FILED          .00           .00
NICOR GAS                  UNSECURED        NOT FILED          .00           .00
ASSET ACCEPTANCE CORP      UNSECURED         5668.05           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1067.60           .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   7000.00         .00      7338.24         .00      14338.24
PRINCIPAL PAID       3149.98         .00          .00         .00       3149.98
INTEREST PAID            .00         .00          .00         .00            .00
TOTAL PAID           3149.98         .00          .00         .00       3149.98
The Debtor's attorney, GREENBERG & ASSOC              , was allowed $   3000.00
and was paid $    676.00   direct and $    544.48   through the plan.

The Trustee received $     155.54 .

Refunds to the Debtor totaled $   1540.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




    Dated: 12/10/08              /S/
                                 GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 15543 PAMELA ROBINSON